UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-10516-RWZ

SHEILA OUELLETTE

v.

FRIENDLY ICE CREAM CORPORATION

ORDER
June 18, 2010

ZOBEL, D.J.

Plaintiff, Sheila Ouellette, a former employee of defendant, Friendly Ice Cream Corporation, brought this action in the state court to vindicate her rights under Massachusetts common law and two statutes.  Defendant removed the case on the ground that Count 1 of the complaint, entitled "Hostile Work Environment," necessarily implicates Title VII, 42 U.S.C. §2000e-(2)(a)(1), and now moves to dismiss for failure to state a claim in all four counts.  Although that motion is fully briefed, a review of the complaint raises a substantial question as to this court's jurisdiction.  Both parties are citizens of Massachusetts and the proffered hook for federal question jurisdiction, the claim for Hostile Work Environment, makes no reference to federal law.  The phrase "Hostile Work Environment" is used in contexts other than Title VII, see, e.g., Dahms v. Cognex Corp., 914 N.E.2d 872 (Mass. 2009) (discussing a state statutory hostile work environment claim), and plaintiff expressly states in her opposition that she is not

bringing a Title VII claim. Accordingly, defendant shall show cause no later than June 30, 2010, why this case should not be remanded to the state court.

|  June 18, 2010  |  /s/Rya W. Zobel  |
|---|---|
|  DATE  |  RYA W. ZOBEL  |
|   |  UNITED STATES DISTRICT JUDGE  |